# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LAW INDUSTRIES, LLC

VERSUS

STATE OF LOUISIANA,
DEPARTMENT OF EDUCATION,
RECOVERY SCHOOL DISTRICT AND
ADVANCED ENVIRONMENTAL
CONSULTING, INC.

NO.  2020 CW 0555

AUGUST 03, 2020

---

In Re:    Orleans Parish School Board and Choice Foundation, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 676874.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.** The trial court's May 11, 2020 judgment sustaining the exception of nonjoinder filed by Law Industries, LLC is hereby reversed. Pursuant to La. Code Civ. P. art. 641, we find that complete relief can be granted herein among those already parties, and while the Orleans Parish School Board and the Choice Foundation claim an interest relating to this subject matter, they are not situated such that an adjudication in their absence would impair or impede their ability to protect that interest or leave the parties herein subject to a substantial risk of multiple or inconsistent obligations as the damages sought herein differ from those sought in the case pending in the Civil District Court in the Parish of Orleans. Therefore, Law Industries, LLC's exception of nonjoinder is denied.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT